1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave (11ᵗʰ Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

7

Attorneys for the United States of America

8

UNITED STATES DISTRICT COURT

9

**EDL**

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

3 07 70261

12 | UNITED STATES OF AMERICA,               )   CRIMINAL NO.
                                           )
13 |       Plaintiff,                       )
                                           )   NOTICE OF PROCEEDINGS ON
14 |       v.                               )   OUT-OF-DISTRICT CRIMINAL
                                           )   CHARGES PURSUANT TO RULES
15 | THOMAS DAVID HAGBERG,                  )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                           )   OF CRIMINAL PROCEDURE
16 |       Defendant.                       )
                                           )
17 | _____)

18 |       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19 | Procedure that on May 1, 2007, the above-named defendant was arrested  based upon an arrest

20 | warrant (copy attached) issued upon an

21 |       ☐  Indictment

22 |       ☐  Information

23 |       ☐  Criminal Complaint

24 |       X  Other (describe): Violation of Supervised Release, 18 U.S.C. § 3583

25 | pending in the Eastern District of California, Case Number 00CR05371-01 OMW.

26 | / / /

27 | / / /

28 | / / /

1

1    In that case, the defendant is charged with a violations of Title 18, United States Code,

2    Section 3583.

3    Description of Charges: 18 U.S.C. § 3583 — Violation of Supervised Release.

4
5                                        Respectfully Submitted,

6                                        SCOTT N. SCHOOLS
                                         UNITED STATES ATTORNEY
7
8    Date: May 2, 2007
                                         KYLE F. WALDINGER
9                                        Assistant U.S. Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

05/01/2007 11:04 4154357621 SF ENFORCEMENT PAGE 9/05
Case 3:07-cr-00307-PJH Document 1 Filed 05/03/2007 Page 3 of 8
05/01/2007 11:23 559-487-5616

Case 1:00-cr-05371-OWW Document 158-1 Filed 04/27/2007 Page 1 of 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

### WARRANT FOR ARREST

THOMAS DAVID HAGBERG,

RECEIVED
Case Number: 1:00-CR-05371-OWW

'07 MAY 01 APR 31 AM 9:19

EASTERN DISTRICT
OF CALIFORNIA
Thomas David Hagberg,

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Violation Petition  ☐ Other _____

charging him or her with (brief description of offense)

**Violation of Supervised Release**

In violation of Title  15   United States Code, Section(s)  353 3

| | |
|---|---|
| T. Lundstrom | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Office |
| | 4/27/07          Fresno |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   $No Bail                    by   **Judge Oliver W. Wanger**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| | |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| Date of Arrest | Signature of Arresting Officer |

P-9R 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR
## OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Thomas David Hagberg |
| **Docket Number:** | 1.00CR05371-01 OWW |
| **Offender Address:** | Sebastopol. California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | July 21, 2003 |
| **Original Offense:** | Counts 1, 2, 3, and 4: 18 USC 876, Mailing Threatening Communications (CLASS D FELONY) |
| **Original Sentence:** | 46 months Bureau of Prisons. 36 months supervised release, $400 special assessment, and mandatory testing. |
| **Special Conditions:** | 1) Search and seizure; 2) Drug and alcohol treatment; 3) Drug and alcohol testing 4) Mental health treatment; 5) Copayment; 6) Submit o DNA; 7) No contact with victims. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/05/2006 |
| **Assistant U.S. Attorney:** | Virna L. Santos    Telephone:  (559) 497-4000 |
| **Defense Attorney:** | Eugene P. Harris    Telephone:  (213) 625-3900 |

I hereby attest and certify on 4/27/07
that the foregoing document is/a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ Deputy

Rev. 03/2002
VIOLATION_PETITION
(PROB12C)(MRG)

### RE: HAGBERG, Thomas David
### Docket Number: 1:00CR05371-001
### PETITION FOR WARRANT OR SUMMONS
### FOR OFFENDER UNDER SUPERVISION

**Other Court Action:**

12/08/2006:                  Re-sentenced pursuant to Ninth Circuit remand in accordance
                             with United States v. Ameline.  Sentenced to 29 months
                             Bureau of Prisons, credit for time served.

---

## PETITIONING THE COURT

(X)    TO ISSUE A WARRANT
( )    TO ISSUE A SUMMONS
( )    OTHER:

The probation officer alleges the offender has violated the following condition(s) of
supervision:

### Charge Number    Nature of Violation

### Charge 1:    FAILURE TO PARTICIPATE IN MENTAL HEALTH TREATMENT

On April 23, 2007; April 24, 2007; and April 25, 2007, the releasee failed to attend his
scheduled office appointments with mental health practitione s as directed by the probation
officer; a violation of special condition No. 4, "As directed by the probation officer, the
defendant shall participate in a program of mental health treatment (inpatient or
outpatient)."

Justification:  On December 8, 2006, the releasee was re-sentenced to 29 months in the
Bureau of Prisons and was released on this date to commence supervision. Due to family
ties in the Northern District of California, the releasee reloc ited to his father's residence
in Sebastopol, California. Since his release from custody, United States Probation Officer
Sharon A. Alberts (USPO Alberts), has worked closely with the releasee and has
contracted mental health treatment providers to secure appropriate treatment for the
releasee.  According to USPO Alberts, the releasee initially appeared receptive to

Rev. 03/2017
VIOLATION__PETITION
(PROB12C).MRG

RE:   HAGBERG, Thomas David
      Docket Number:  1:00CR05371-001
      PETITION FOR WARRANT OR SUMMONS
      FOR OFFENDER UNDER SUPERVISION

treatment; however, in recent weeks, his mental health has significantly deteriorated. On
April 14, 2007, he was treated as a psychiatric emergency patient pursuant to California
Health and Safety Code Section 5150, following an incident where he rationalized that
eating a creosote log would be an effective treatment for his declining mental health.
Additionally, the releasee has refused to take his psychiatric medication on several
occasions, stating he fears the side effects. USPO Alberts has directed the releasee to
appear to his scheduled appointments with a psychiatrist to no avail. The releasee has
provided no reason to the probation officer for his nonappearances and simply refuses to
comply with her directives.

Considering the releasee's criminal history and the severity of his mental health condition,
his probation officer is requesting the Court issue a warrant for his arrest. The releasee's
failure to address his mental health issues presents a danger not only to the releasee, but
to the community. It is recommended the releasee remain detained pending disposition
in the instant matter.

Bail/Detention:   It is recommended a No-Bail warrant be issued and the Court to detain
the releasee pending disposition as he is deemed a risk to public safety and to himself.

Rev. 03/2007
VIOLATION__PETITION
(PROB12C).WPD

RE:    HAGBERG, Thomas David
       Docket Number:  1:00CR05371-001
       PETITION FOR WARRANT OR SUMMONS
       FOR OFFENDER UNDER SUPERVISION

                   I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON:**    April 26, 2007
                    Fresno, California

                              Respectfully submitted,

                              /s/ Marlene K. DeOrian

                              **MARLENE K. DEORIAN**
                              **United States Probation Officer**
                              Telephone: 559-499-5729

**REVIEWED BY:**    Bruce A. Vasquez
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

---

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

( X )  The issuance of a warrant        ( )  Bail set at $ ___        ( X )  No Bail

( )    The issuance of a summons (copy to Defense Counsel)

( )    Other:

### FURTHER PROCEEDINGS REGARDING CUSTODY:

( X )  Defendant is ordered detained, to be brought before District Judge forthwith.

( )    Initial appearance and detention hearing before Magistrate Judge.

IT IS SO ORDERED.

Dated: __April 27, 2007__                    /s/ Oliver W. Wanger

RE:   HAGBERG, Thomas David
      Docket Number:  1:00CR05371-001
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

UNITED STATES DISTRICT JUDGE

Rev. 02/RE07
VIOLATION_PETITION
(PROB12C).WRS