## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102–3489

**RE:**       USA vs.
**USDC No.:**   1:00–CR–05371–OWW    CR07-307 PJH

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
June 07, 2007 , transmitted herewith are the following documents.

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**September 6, 2007**      /s/ **T. Lundstrom**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER:

Case 3:07-cr-00307-PJH    Document 7    Filed 09/12/2007    Page 2 of 49

MAY-07 2007 1:00-cr-05371-OWW Document 165    Filed 06/07/2007    Page 1 of 1    P.03
Case 3:07-cr-00307-PJH    Document 5    Filed 05/17/2007    Page 1 of 1

| PROB U | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:00CR05371-001 OWW |
| | | **DOCKET NUMBER** (Rec. Court) |
| | | CR 07 0307 |

| **NAME AND ADDRESS OF SUPERVISED RELEASEE** | **DISTRICT** | **DIVISION** |
|---|---|---|
| Thomas David Hastings | Eastern District of California | Fresno |
| | **NAME OF SENTENCING JUDGE** | |
| | Oliver W. Wanger | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 12/08/2006 | **TO** 12/07/2009 |

FILED E-filing
JUN 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

MAY 1 7 2007
FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE**    18 USC 876 – Mailing Threatening Communications

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-1-07
_____          _____
Date                                              Senior United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/7/07
_____          _____
Effective Date                                  United States District Judge

CC:    United States Attorney
         FLU Unit-United States Attorney's Office
         Fiscal Clerk-Clerk's Office

SEP - 6 2007
I hereby attest and certify on_____
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ Deputy
Rev. 11/2006
Transfer of Juris (PROB22).WPD

1  PAUL L. SEAVE
   United States Attorney
2  RICHARD J. CUTLER
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5
6
7
8        IN THE UNITED STATES DISTRICT COURT FOR THE
9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )    CR. NO.
                                     )
12              Plaintiff,           )    VIOLATIONS:
                                     )    18 U.S.C. § 876 - Mailing
13       v.                          )    Threatening Communications
                                     )    (4 counts)
14  THOMAS DAVID HAGBERG,            )
                                     )
15                                   )
                Defendant.           )
16                                   )
                                     )
17  ────────────────────────────────)
18                  I N D I C T M E N T

19  COUNT ONE:     [18 U.S.C. § 876 -- Mailing a Threatening
                   Communication]
20
21      The Grand Jury charges:   T H A T
22                    THOMAS DAVID HAGBERG,
23  defendant herein, on or about December 6, 1999, in the State and
24  Eastern District of California, did knowingly deposit in an
25  authorized depository for mail, matter to be sent and delivered by
26  the United States Postal Service, and did knowingly cause to be

                                1

FILED

2000 OCT 19 ☐ 2: 01

CLERK, U.S. [...]
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
               DEPUTY

CRF-00-5371 REC

I hereby attest and certify on SEP - 6 2007
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
          VICTORIA C. MINOR
     CLERK, U.S. DISTRICT COURT
     EASTERN DISTRICT OF CALIFORNIA

By_____Deputy

1   delivered by the United States Postal Service according to
2   instructions thereon, a written communication containing a threat
3   to injure another, to wit: the defendant, who was then housed in
4   the Fresno County Jail, did cause to be mailed and delivered, a
5   written communication containing threats to injure the Honorable
6   John Gallagher, a Fresno County Superior Court Judge, all in
7   violation of Title 18, United States Code, Section 876.

8
    COUNT TWO:      [18 U.S.C. § 876 -- Mailing a Threatening
9                   Communication]

10      The Grand Jury further charges:  T H A T

11                      THOMAS DAVID HAGBERG,

12  defendant herein, on or about December 6, 1999, in the State and
13  Eastern District of California, did knowingly deposit in an
14  authorized depository for mail, matter to be sent and delivered by
15  the United States Postal Service, and did knowingly cause to be
16  delivered by the United States Postal Service according to
17  instructions thereon, a written communication containing a threat
18  to injure another, to wit: the defendant, who was then housed in
19  the Fresno County Jail, did cause to be mailed and delivered, a
20  written communication containing threats to injure Deputy District
21  Attorney Madori Howo, a prosecutor with the Fresno County District
22  Attorney's Office, all in violation of Title 18, United States
23  Code, Section 876.
24  ///
25  ///
26  ///

1 the Fresno County Jail, did cause to be mailed and delivered, a

2 written communication containing threats to injure the Honorable

3 Franklin Jones, a Fresno County Superior Court Judge, all in

4 violation of Title 18, United States Code, Section 876.

5

6                                    A TRUE BILL.

7                                    FOREPERSON

8

9

10 PAUL L. SEAVE
   United States Attorney
11
   By
12    CARL M. FALLER, JR.,
      Assistant U.S. Attorney
13    Chief, Fresno Office

14

15

16

17

18

19

20

21

22

23

24

25

26

                         4

AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case

**FILED**

# United States District Court

## Eastern District of California

JUL 2 2 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**THOMAS DAVID HAGBERG**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **1:00CR05371-001**

Thomas David Hagberg, in Pro Per
Defendant's Attorney

## THE DEFENDANT:

[ ]    pleaded guilty to count(s): ___.

[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.

[✔]    was found guilty on count(s) One through Four of the Indictment  after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 876 | Mailing Threatening Communications (CLASS D FELONY) | 10/10/2000 | One through Four |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]    Indictment is to be dismissed by District Court on motion of the United States.

[✔]    Appeal rights given.            [ ]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    ***-**-5512

Defendant's Date of Birth:    **1966**

Defendant's USM No.:    **60955-097**

Defendant's Residence Address:
**Fresno County Jail**

Defendant's Mailing Address:
**Fresno County Jail**

July 21, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

**ROBERT E. COYLE**, Senior United States District Judge
Name & Title of Judicial Officer

SEP - 6 2007

7/22/03
Date

I hereby attest and certify on_____
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
            VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
                                    Deputy
By_____

AO 245B-CAED (Rev. 9/01) Sheet 2 - Imprisonment

CASE NUMBER:    1:00CR05371-001                                              Judgment - Page 2 of 6
DEFENDANT:    THOMAS DAVID HAGBERG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months .

46 months each as to Counts 1, 2, 3 and 4, to be served concurrently for a total term of 46 months.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

The defendant shall be examined when he arrives at the designated institution to determine if mental health treatment is needed while in custody.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
          Deputy U.S. Marshal

AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

CASE NUMBER:      1:00CR05371-001                                    Judgment - Page 3 of 6
DEFENDANT:        THOMAS DAVID HAGBERG

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months .

36 months each as to Counts 1, 2, 3 and 4, to be served concurrently for a total of 36 months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

[✔]    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 9/01)  Sheet 3 - Supervised Release

| CASE NUMBER: | 1:00CR05371-001 | Judgment - Page 4 of 6 |
| DEFENDANT: | THOMAS DAVID HAGBERG | |

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4.  As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient), which may include the taking of prescribed psychotropic medication.

5.  As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month.

6.  Defendant shall have no contact with the victims involved in this offense.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:        1:00CR05371-001                                          Judgment - Page 5 of 6
DEFENDANT:          THOMAS DAVID HAGBERG

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| Totals:  | $ 400.00   | $    | $           |

[ ]    If applicable, restitution amount ordered pursuant to plea agreement .......... **$____**

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]    The interest requirement is waived.

    [ ]    The interest requirement is modified as follows:

# RESTITUTION

[ ]    The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]    The interest requirement is waived.

    [ ]    The interest requirement is modified as follows:

[ ]    The defendant shall make restitution to the following payees through the U.S. District Court, in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---------------|------------------------|-------------------------------|------------------------------|
|               | TOTALS:                | $ ___                         | $___                         |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:      1:00CR05371-001                                                    Judgment - Page 6 of 6
DEFENDANT:        THOMAS DAVID HAGBERG

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [✔]   immediately; or

B   [ ]   $ _ immediately, balance due (in accordance with C, D, or E); or

C   [ ]   not later than _ ; or

D   [ ]   in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   [ ]   in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:

[ ]   The defendant shall pay the cost of prosecution.

# FORFEITURE

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

AO 245S-CAED    (Rev. 9/01) Judgment in a Criminal Case
Attachment - Statement of Reasons

CASE NUMBER:        1:00CR05371-001                                               Judgment - Page 1 of 1
DEFENDANT:          THOMAS DAVID HAGBERG

# STATEMENT OF REASONS
### (NOT FOR PUBLIC DISCLOSURE)

[✔] The court adopts the factual findings and guideline application in the presentence report.

## OR

[ ]  The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level:__

Criminal History Category:__

Imprisonment Range:__to__months

Supervised Release Range:__to__months

Fine Range:$__to $__

[✔] Fine is waived or is below the guideline range, because of inability to pay.

Total Amount of Restitution: $__

   [ ]  Full restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

   [ ]  For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

   [ ]  Partial restitution is ordered for the following reason(s).

[✔] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

## OR

[ ]  The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons(s):

## OR

[ ]  The sentence departs from the guideline range:

   [ ]  upon motion of the government, as a result of defendant's substantial assistance.

   [ ]  for the following specific reason(s):

Defendant's Soc. Sec. No.:                          **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**

Defendant's Date of Birth:                          **05/14/1966**

Defendant's Residence Address:
**Fresno County Jail**

AO 245B-CAED (Rev. 9/01)  Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

FILED

2004 APR -5 P 12: 45

UNITED STATES OF AMERICA

v.

**THOMAS DAVID HAGBERG**

**AMENDED**

**JUDGMENT IN A CRIMINAL CASE** COURT
(For Offenses Committed On or After November 1, 1987)

Case Number: **1:00CR05371-001**

Thomas David Hagberg, in Pro Per

Defendant's Attorney

## THE DEFENDANT:

[ ]  pleaded guilty to count(s): __.

[ ]  pleaded nolo contendere to counts(s) __ which was accepted by the court.

[✔]  was found guilty on count(s) One through Four of the Indictment  after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 876 | Mailing Threatening Communications (CLASS D FELONY) | 10/10/2000 | One through Four |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) __ and is discharged as to such count(s).

[ ]  Count(s) __ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[✔]  Appeal rights given.                    [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    ***-**-5512

Defendant's Date of Birth:    1966

Defendant's USM No.:  60955-097

Defendant's Residence Address:
**Fresno County Jail**

Defendant's Mailing Address:
**Fresno County Jail**

July 21, 2003

Date of Imposition of Judgment

Signature of Judicial Officer

**ROBERT E. COYLE**, Senior United States District Judge

Name & Title of Judicial Officer

4/5/04

Date

SEP - 6 2007

I hereby attest and certify on ___
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By ___                    Deputy

AO 245B-CAED (Rev. 9/01) Sheet 2 - Imprisonment

CASE NUMBER:     1:00CR05371-001                                          Judgment - Page 2 of 6
DEFENDANT:       THOMAS DAVID HAGBERG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months .

46 months each as to Counts 1, 2, 3 and 4, to be served concurrently for a total term of 46 months.  The sentence is to run consecutively to Fresno County Superior Court case number 0642760-3.*

[✓]    The court makes the following recommendations to the Bureau of Prisons:
       The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

       The defendant shall be examined when he arrives at the designated institution to determine if mental health treatment is needed while in custody.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                              _____
                                                              UNITED STATES MARSHAL


                                                        By    _____
                                                              Deputy U.S. Marshal

CASE NUMBER:     1:00CR05371-001                                          Judgment - Page 3 of 6
DEFENDANT:      THOMAS DAVID HAGBERG

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months .

36 months each as to Counts 1, 2, 3 and 4, to be served concurrently for a total of 36 months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

[✔]     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]     The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

| CASE NUMBER: | 1:00CR05371-001 | Judgment - Page 4 of 6 |
| DEFENDANT: | THOMAS DAVID HAGBERG | |

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4.  As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient), which may include the taking of prescribed psychotropic medication.

5.  As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month.

6.  Defendant shall have no contact with the victims involved in this offense.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

| CASE NUMBER: | 1:00CR05371-001 | Judgment - Page 5 of 6 |
| DEFENDANT: | THOMAS DAVID HAGBERG | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
| Totals: | $ 400.00 | $ | $ |

[ ]   If applicable, restitution amount ordered pursuant to plea agreement .......... $____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]   The interest requirement is waived.

    [ ]   The interest requirement is modified as follows:

## RESTITUTION

[ ]   The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]   The interest requirement is waived.

    [ ]   The interest requirement is modified as follows:

[ ]   The defendant shall make restitution to the following payees through the U.S. District Court, in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
| | TOTALS: | $ ___ | $ ___ |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

| CASE NUMBER: | 1:00CR05371-001 | Judgment - Page 6 of 6 |
|---|---|---|
| DEFENDANT: | THOMAS DAVID HAGBERG | |

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    [✓]  immediately; or

B    [ ]   $ _ immediately, balance due (in accordance with C, D, or E); or

C    [ ]   not later than _ ; or

D    [ ]   in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E    [ ]   in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:

[ ]   The defendant shall pay the cost of prosecution.

# FORFEITURE

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

AO 245S-CAED    (Rev. 9/01) Judgment in a Criminal Case
Attachment - Statement of Reasons

CASE NUMBER:    1:00CR05371-001                                              Judgment - Page 1 of 1
DEFENDANT:    THOMAS DAVID HAGBERG

# STATEMENT OF REASONS
(NOT FOR PUBLIC DISCLOSURE)

[✔] The court adopts the factual findings and guideline application in the presentence report.

## OR

[ ]    The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level:__

Criminal History Category:__

Imprisonment Range:__to__months

Supervised Release Range:__to__months

Fine Range:$__to $__

[✔] Fine is waived or is below the guideline range, because of inability to pay.

Total Amount of Restitution: $__

[ ]    Full restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

[ ]    For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[ ]    Partial restitution is ordered for the following reason(s).

[✔] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

## OR

[ ]    The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons(s):

## OR

[ ]    The sentence departs from the guideline range:

[ ]    upon motion of the government, as a result of defendant's substantial assistance.

[ ]    for the following specific reason(s):

Defendant's Soc. Sec. No.:                                    **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**

Defendant's Date of Birth:                                    **05/14/1966**

Defendant's Residence Address:
**Fresno County Jail**

# United States District Court

## Eastern District of California

<table>
<tr><td>

UNITED STATES OF AMERICA

v.

**THOMAS DAVID HAGBERG**

</td><td>

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **1:00CR05371-001**

</td></tr>
</table>

**Date of Original Judgment:**  July 21, 2003
(Or Date of Last Amended Judgment)

Paul Harris
Defendant's Attorney

### Reason for Amendment:

[✔] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))

[ ]  Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ]  Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))

[ ]  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C.§3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[ ] Direct Motion to District Court Pursuant to   [ ] 28 U.S.C. §2255
   [ ] 18 U.S.C. §3559(c)(7),   [ ] Modification of Restitution Order

### THE DEFENDANT:

[ ]   pleaded guilty to count(s): __.
[ ]   pleaded nolo contendere to counts(s) __ which was accepted by the court.
[✔]   was found guilty on count(s) One through Four of the Indictment after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 876 | Mailing Threatening Communications | 10/10/2000 | 1 - 4 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) __ and is discharged as to such count(s).

[ ]   Count(s) __ (is)(are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[✔]   Appeal rights given.   [ ]   Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 8, 2006
Date of Imposition of Judgment

SEP - 6 2007
I hereby attest and certify on____
that the foregoing document is a full, **true**
and correct copy of the original on file in **my**
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ **Deputy**

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER,** United States District Judge
Name & Title of Judicial Officer

December 8, 2006
Date

CASE NUMBER:      1:00CR05371-001                                    Judgment - Page 2 of 6
DEFENDANT:        THOMAS DAVID HAGBERG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 29 months .

As to each count, to run concurrently. With the understanding that should a petition for violation of supervised release be filed and a finding made by this court that there has been a violation, the high-end of the guideline range of 46 months will be imposed (17 additional months)

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____


Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                        _____
                                                        UNITED STATES MARSHAL

                                                    By  _____
                                                        Deputy U.S. Marshal

CASE NUMBER:       1:00CR05371-001                                                    Judgment - Page 3 of 6
DEFENDANT:         THOMAS DAVID HAGBERG

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months .
As to each count, to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]    The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER:      1:00CR05371-001                                    Judgment - Page 4 of 6
DEFENDANT:        THOMAS DAVID HAGBERG

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4.  As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)

5.  As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

6.  The defendant shall submit to the collection of DNA as directed by the probation officer.

7.  The defendant shall not have contact with the victims involved in this offense.

CASE NUMBER:     1:00CR05371-001                                                    Judgment - Page 5 of 6
DEFENDANT:       THOMAS DAVID HAGBERG

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine | Restitution |
|---------|-----------|------|-------------|
| Totals: | $ 400.00 (already paid) | $ | $ |

[ ]    The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| TOTALS: | $ __ | $__ | |

[ ]    Restitution amount ordered pursuant to plea agreement $ __

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]  The interest requirement is waived for the        [ ] fine        [ ] restitution

[ ]  The interest requirement for the        [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 3:07-cr-00307-PJH    Document 7    Filed 09/12/2007    Page 25 of 49

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments    Case 1:00-cr-05371-OWW    Document 144    Filed 12/08/2006    Page 6 of 6

CASE NUMBER:    1:00CR05371-001                                                          Judgment - Page 6 of 6
DEFENDANT:    THOMAS DAVID HAGBERG

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A**    [ ] Lump sum payment of $ __ due immediately, balance due

      [ ]    not later than __ , or
      [ ]    in accordance with    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

**B**    [ ] Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

**C**    [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
    to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
    to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**    [ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
    or

**F**    [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau
of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
Amount, and corresponding payee, if appropriate:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine
principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court
costs.

APPEAL, CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:00-cr-05371-OWW All Defendants
## Internal Use Only

Case title: USA v. Hagberg

Date Filed: 10/19/2000
Date Terminated: 02/12/2007

---

Assigned to: Judge Oliver W. Wanger

Appeals court case number: '7-10014' '9th Circuit'

### Defendant

**Thomas David Hagberg** (1)
*TERMINATED: 02/12/2007*

represented by **Thomas David Hagberg**
9780 Occidental Road
Sebastopol, CA 95472
PRO SE

**Eugene Patterson Harris**
Geragos and Geragos
350 South Grand Avenue
39th Floor
Los Angeles, CA 90071
213-625-3900
Fax: 213-625-1600
Email: harris@geragos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

SEP - 6 2007

I hereby attest and certify on_____
that the foregoing document is a full, **true**
and correct copy of the original on file in **my**
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

**Ann Hardgrove Voris**
Federal Defender
2300 Tulare Street
Suite 330
Fresno, CA 93721
(559) 487-5561 x233
Fax: (559) 487-5950
Email: Ann_Voris@fd.org
*TERMINATED: 06/08/2006*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

**Eric Vincent Kersten**
Office of the Federal Defender

2300 Tulare Street, Suite 330
Fresno, CA 93721
(559) 487-5561
Fax: (559) 487-5950
Email: eric_kersten@fd.org
*TERMINATED: 06/08/2006*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

**Katherine Louise Hart**
Law Offices of Katherine Hart

2055 San Joaquin
Fresno, Ca 93721
(559) 256-9800 x24
Fax: (559) 256-9798
Email:
kbackpacker2000@yahoo.com

*TERMINATED: 06/08/2006*

## Pending Counts

None

## Disposition

## Highest Offense Level (Opening)

None

## Terminated Counts

## Disposition

MODIFIED ON 6/11/07:
Probation 22 Out - Northern
District of California
accepting
supervision/jurisdiction:
MODIFIED ON 12/8/2006:
(29) months custody as to
each count, to run
concurrently; all other
conditions remain the same.
46 Months Custody, 36
Months TSR, (Counts 1-4
Concurrently) $400 Penalty
Assessment, Fine Waived, No
Contact with Victims, CA
Institution Recommended,
Appeal Rights Given, Dft to
be examined at institution to
determine if mental health
treatment is needed while in
custody

18:876 - MAILING
THREATENING
COMMUNICATIONS
(1-4)

## Highest Offense Level (Terminated)

Felony

## Complaints                    ## Disposition

None

---

## Plaintiff

**USA**                 represented by **Richard J Cutler**
U S Attorneys office
1130 O Street
Room 3654
Fresno, CA 93721
498-7272
*TERMINATED: 03/03/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Virna Liza Santos**
United States Attorney
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4024
Fax: (559) 497-4099
Email:
virna.santos@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Jonathan B. Conklin**
United States Attorney's
Office
1130 O Street
Room 3654
Fresno, CA 93721
559-498-7272
Email:

mark.cullers@usdoj.gov
*TERMINATED: 03/02/2006*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2007 | ●164 | TRANSMITTAL of DOCUMENTS re 162 Probation 22 ( on *6/7/2007* to * U.S. District Court* *Northern District California* *450 Golden Gate Avenue* *San Francisco, C 94102-3489*.<br>* *. (Lundstrom, T) (Entered: 09/06/2007) |
| 06/13/2007 | ●163 | ORDER of USCA as to 147 Notice of Appeal - CR filed b Thomas David Hagberg. (Esteves, C) (Entered: 06/13/200 |
| 06/07/2007 | ●162 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to USDC, Northern District of Californi to Thomas David Hagberg; transfer of jurisdiction signed l Judge Oliver W. Wanger on 5/1/07. Transmitted Transfer Jurisdiction form, with certified copies of indictment, judg and docket sheet; DEFENDANT TERMINATED - CASE CLOSED. (Rooney, M) (Entered: 06/11/2007) |
| 05/04/2007 | ●161 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of CA as to Thomas David Hagberg. Signed by Judge Oliver W. Wanger on 5/ Transmitted Transfer of Jurisdiction form, with certified c of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Hellings, J) (Entered: 05/07/2007) |
| 05/04/2007 | ●160 | TRANSCRIPT of Sentencing as to Thomas David Hagber held on 12/08/2006 before Judge Oliver W. Wanger. Cour Reporter: Karen Lopez. (TEXT ONLY) (Lundstrom, T) (Entered: 05/04/2007) |
| 05/02/2007 | ●159 | ARREST WARRANT RETURNED Executed on 4/27/07 Thomas David Hagberg. (Hellings, J) (Entered: 05/04/200 |
| 03/30/2007 | ●156 | TRANSCRIPT REQUEST re 147 Notice of Appeal - CR |

| | | |
|---|---|---|
| | | (Hillberg, Marylou) (Entered: 03/30/2007) |
| 02/23/2007 | ◐155 | ORDER of USCA as to 147 Notice of Appeal - CR filed b Thomas David Hagberg. (Timken, A) (Entered: 03/01/200 |
| 02/01/2007 | ◐154 | ORDER of USCA as to 147 Notice of Appeal - CR filed b Thomas David Hagberg. (Timken, A) (Entered: 02/05/200 |
| 01/12/2007 | ◐153 | MOTION to proceed IFP by Thomas David Hagberg. (Tin A) (Entered: 01/12/2007) |
| 01/11/2007 | ◐152 | USCA CASE NUMBER 7-10014 for 147 Notice of Appea CR filed by Thomas David Hagberg. (Timken, A) (Entere 01/11/2007) |
| 01/05/2007 | ◐151 | SECOND CORRECTED AMENDED JUDGMENT and COMMITMENT as to Thomas David Hagberg signed by . Oliver W. Wanger on 1/5/2007. (Lucas, G) (Entered: 01/05/2007) |
| 12/27/2006 | ◐ | SERVICE BY MAIL: 148 Memorandum and Order for Ti Schedule, 149 Appeal Processed to USCA, Bill for fees du served on Thomas David Hagberg. (Carter-Ford, R) (Enter 12/27/2006) |
| 12/27/2006 | ◐150 | TRANSMITTED RECORD on APPEAL to USCA re 147 Notice of Appeal - CR. *Electronic Documents: 146 to 150.* (Carter-Ford, R) (Entered: 12/27/2006) |
| 12/27/2006 | ◐149 | APPEAL PROCESSED to Ninth Circuit re 147 Notice of Appeal - CR filed by Thomas David Hagberg. Filed dates Notice of Appeal *12/22/2006*, Complaint *10/19/2000* Appealed Order / Judgment *12/13/2006*. Court Reporter Lopez*. *Fee Status: Not Paid - Billed* *Thomas David Hagberg* (Attachments: # 1 Appeal Notice # 2 Bill) (Cart Ford, R) (Entered: 12/27/2006) |
| 12/27/2006 | ◐148 | MEMORANDUM and ORDER for TIME SCHEDULE to District Court re 147 Notice of Appeal - CR filed by Thon David Hagberg, with Date of Appeal or Judgment of *12/22/2006*. Status: ** ** ** (Attachments: # 1 Order fc |

| | | |
|---|---|---|
| | | Time Schedule) (Carter-Ford, R) (Entered: 12/27/2006) |
| 12/22/2006 | ●147 | NOTICE of APPEAL by Thomas David Hagberg as to 14 Judgment and Commitment. (Kusamura, W) (Entered: 12/22/2006) |
| 12/13/2006 | ●146 | CORRECTED AMENDED JUDGMENT and COMMITMENT as to Thomas David Hagberg signed by Oliver W. Wanger on 12/13/2006. (Lucas, G) (Entered: 12/13/2006) |
| 12/08/2006 | ●145 | ORDER FOR RELEASE as to Thomas David Hagberg si; by Judge Oliver W. Wanger on 12/8/06 ORDERING the defendant having been credited for time served, he is herel released from the custody of the US Marshal to supervised release as of 12/8/06. (Carter-Ford, R) (Entered: 12/11/20( |
| 12/08/2006 | ●144 | AMENDED JUDGMENT and COMMITMENT as to The David Hagberg signed by Judge Oliver W. Wanger on 12/8/2006. (Lucas, G) (Entered: 12/08/2006) |
| 12/08/2006 | ●143 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :SENTENCING after remand held on 12/8/2006 for Thomas David Hagberg (1) as to Counts 1-4 (29) months custody as to each count, to run concurrently; Penalty Assessment (already paid), Fine Waived, (36) mor supervised release. No Contact with Victims.CASE CLOS Thomas David Hagberg terminated. Government Counsel Santos present. Defense Counsel P. Harris present. Custod Status: In Custody. Court Reporter/CD Number: K. Lopez (Lucas, G) (Entered: 12/08/2006) |
| 12/05/2006 | ●142 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :SENTENCING as to Thomas David Hagberg continued to 12/8/2006 at 12:15 PM in Courtroor (OWW) before Judge Oliver W. Wanger. Government Co V. Santos present. Defense Counsel P. Harris present. Cus Status: Custody. Court Reporter/CD Number: K. Lopez. (Robles, S) (Entered: 12/05/2006) |
| 11/22/2006 | ●141 | MINUTE ORDER: TEXT ONLY ENTRY - Pursuant to tl |

| | | |
|---|---|---|
| | | agreement of counsel, a Sentencing Hearing for THOMAS DAVID HAGBERG has been set for 12/5/2006 at 09:00 A Courtroom 3 (OWW) before Judge Oliver W. Wanger. (R S) (Entered: 11/22/2006) |
| 10/10/2006 | ●140 | ORDER for release of defendant to Fresno County Mental Hospital as to Thomas David Hagberg signed by Judge Ol W. Wanger on 10/10/2006. (Lucas, G) (Entered: 10/10/20 |
| 09/15/2006 | ●139 | PROPOSED ORDER Proposed Order by Thomas David Hagberg. (Harris, Eugene) (Entered: 09/15/2006) |
| 09/15/2006 | ●138 | MOTION for PSYCHIATRIC EXAM *of Defendant Pursu to 18 U.S.C. Section 4244(B) And Declaration From Dr. A Howsepian* by Thomas David Hagberg. (Harris, Eugene) (Entered: 09/15/2006) |
| 09/05/2006 | ●137 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :REQUEST FOR MENTAL EVAL as Thomas David Hagberg held on 9/5/2006. A requst for Me evaluation should be made in writing. No new date set. Government Counsel V. Santos present. Defense Counsel Harris present. Custody Status: Custody. Court Reporter/C Number: Peggy Crawford. (Lucas, L) (Entered: 09/05/200 |
| 08/28/2006 | ●136 | PROPOSED ORDER Proposed Order by Thomas David Hagberg. (Harris, Eugene) (Entered: 08/28/2006) |
| 08/21/2006 | ●135 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :SENTENCING as to Thomas David Hagberg continued to 9/5/2006 at 09:00 AM in Courtroom (OWW) before Judge Oliver W. Wanger. Government Co V. Santos present. Defense Counsel P. Harris present. Cus Status: Custody. Court Reporter/CD Number: P. Crawford (Robles, S) (Entered: 08/21/2006) |
| 08/17/2006 | ●134 | MEMORANDUM by Thomas David Hagberg. (Harris, Eugene) (Entered: 08/17/2006) |
| 07/26/2006 | ●133 | MINUTE ORDER: TEXT ONLY ENTRY - Pursuant to tl request of counsel, the hearing in this matter currently set |

| | | |
|---|---|---|
| | | 7/28/2006 is continued to 8/21/2006 at 09:00 AM in Court 3 (OWW) before Judge Oliver W. Wanger. (Lucas, G) (Entered: 07/26/2006) |
| 07/18/2006 | ❍132 | MINUTE ORDER: TEXT ONLY ENTRY - The hearing i matter currently set for 7/24/2006 is continued to 7/28/200 09:45 AM in Courtroom 3 (OWW) before Judge Oliver W Wanger. (Lucas, G) (Entered: 07/18/2006) |
| 07/05/2006 | ❍131 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :STATUS CONFERENCE re Motion f New Trial and Sentencing as to Thomas David Hagberg he on 7/5/2006. Motion for New Trial and Sentencing Contin to 7/24/2006 at 09:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Government Counsel S. Boone i Santos present. Defense Counsel Pat Harris/ M. Geragos present. Custody Status: no appearance(custody). Court Reporter/CD Number: K. Lopez. (Lucas, L) (Entered: 07/05/2006) |
| 06/08/2006 | ❍130 | RESERVICE of DOCUMENTS: 129 addressed to all part (Rooney, M) (Entered: 06/08/2006) |
| 06/08/2006 | ❍129 | ORDER GRANTING substitution of attorney as to Thoma David Hagberg - added attorney Eugene Patterson Harris i defendant - Attorney Katherine Louise Hart and Ann Hardgrove Voris terminated in case as to Thomas David Hagberg; order signed by Judge Oliver W. Wanger on 6/7/ (Rooney, M) (Entered: 06/08/2006) |
| 06/05/2006 | ❍128 | MINUTES for proceedings held before Judge Oliver W. Wanger : TEXT ONLY ENTRY - Hearing on Motion for Trial and Sentencing set for6/5/2006. Pat Harris substitute as counsel for defendant in place of K. Hart. Motion for N Trial and Sentencing continued to 6/26/2006 at 09:00 AM Courtroom 3 (OWW) before Judge Oliver W. Wanger. Government Counsel V. Santos present. Defense Counsel Hart/P. Harris present. Custody Status: In Custody. Court Reporter/CD Number: P. Crawford. (Lucas, G) (Entered: 06/05/2006) |

| 05/08/2006 | ●127 | STIPULATION AND ORDER as to Thomas David Hagbe Sentencing is continued to 6/5/2006 at 09:00 AM in Court 3 (OWW) before Judge Oliver W. Wanger. signed by Judg Oliver W. Wanger on 5/7/06. (5/8/06 hearing date is VACATED) (Alvarez, A) (Entered: 05/08/2006) |
|---|---|---|
| 05/05/2006 | ●126 | STIPULATION and PROPOSED ORDER Stipulation to Continue Sentencing (Hart, Katherine) (Entered: 05/05/20 |
| 03/20/2006 | ●125 | MINUTES for proceedings held before Judge Oliver W. Wanger : TEXT ONLY ENTRY -STATUS CONFERENC to Thomas David Hagberg held on 3/20/2006. Supplement Motion for New Trial due by 4/10/2006. Responses due by 5/1/2006. Motion Hearing/Sentencing set for 5/8/2006 at C AM in Courtroom 3 (OWW) before Judge Oliver W. Wan Government Counsel V. Santos present. Defense Counsel Voris present. Custody Status: In Custody. Court Reporter Number: P. Crawford. (Robles, S) (Entered: 03/20/2006) |
| 03/16/2006 | ●124 | ORDER REASSIGNING CASE as to Thomas David Hag New Case Number: 1:00-CR-5371 OWW. Status Conferer RESET for 3/20/2006 at 09:00 AM in Courtroom 3 (OWV before Judge Oliver W. Wanger. Signed by Judge Robert I Coyle on 3/16/06. (Hellings, J) (Entered: 03/16/2006) |
| 03/14/2006 | ●123 | REPLY/RESPONSE to Reply to Sentencing Memorandun Thomas David Hagberg, Thomas David Hagberg re 121 Memorandum/Response in Opposition (Voris, Ann) (Ente 03/14/2006) |
| 03/06/2006 | ●122 | MINUTES for proceedings held before Judge Robert E. C TEXT ENTRY ONLY-STATUS CONFERENCE/MOTIC HEARING as to Thomas David Hagberg NOT held on 3/6/2006. Defendant not present. Responses due by 3/10/2 Status Conference/Moiton Hearing set for 3/20/2006 at 09 AM in Courtroom 1 (REC) before Senior Judge Robert E. Coyle. Government Counsel V Santos present. Defense Counsel A. Voris present. Custody Status: Custody. Court Reporter/CD Number: K. Lopez. (Lucas, L) (Entered: 03/06/2006) |

| | | |
|---|---|---|
| 03/01/2006 | ●121 | MEMORANDUM/RESPONSE in OPPOSITION by USA Thomas David Hagberg *Sentencing Memorandum Upon Remand* (Santos, Virna) (Entered: 03/01/2006) |
| 02/13/2006 | ●120 | MINUTES for proceedings held before Judge Robert E. C: TEXT ONLY ENTRY -STATUS CONFERENCE RE NII CIRCUIT REMAND/MOTION FOR NEW TRIAL as to Thomas David Hagberg continued to 3/6/2006 at 09:00 AI Courtroom 1 (REC) before Senior Judge Robert E. Coyle. Government Counsel V. Santos present. Defense Counsel Voris present. Custody Status: In Custody (not present). C Reporter/CD Number: G. Thomas. (Robles, S) (Entered: 02/13/2006) |
| 02/09/2006 | ●119 | SENTENCING MEMORANDUM by Thomas David Hag (Voris, Ann) (Entered: 02/09/2006) |
| 01/27/2006 | ●118 | MINUTE ORDER: TEXT ENTRY ONLY-Due to unavailability of the court the Motion Hearing/Status re Remand is continued from 2/6/2006 to 2/13/2006 at 09:00 before Senior Judge Robert E. Coyle. (Lucas, L) (Entered: 01/27/2006) |
| 01/20/2006 | ●117 | MINUTE ORDER: TEXT ENTRY ONLY- Motion for Ne Trial and Status Conference re Ninth Circuit Remand is continued from 1/23/2006 to 2/6/2006 at 09:00 AM in Courtroom 3 (OWW) before Senior Judge Robert E. Coyle (Lucas, L) (Entered: 01/20/2006) |
| 12/01/2005 | ●116 | ORDER as to Thomas David Hagberg: ORDER DIRECTI PARTIES TO APPEAR for Status Conference re Ninth Ci Remand set for 1/23/2006 at 10:00 AM in Courtroom 1 (R before Senior Judge Robert E. Coyle. signed by Judge Rob E. Coyle on 12/1/05. (Lucas, L) (Entered: 12/01/2005) |
| 11/28/2005 | ●115 | USCA JUDGMENT as to [62] Notice of Appeal filed by Thomas David Hagberg, decision of district court AFFIRN (Robles, S) (Entered: 11/30/2005) |
| 11/18/2005 | ●114 | ORDER of USCA as to [62] Notice of Appeal filed by The David Hagberg. The petition for rehearing en banc and par |

| | | rehearing filed 10/18/05 is DENIED. (Robles, S) (Entered 11/21/2005) |
|---|---|---|
| 10/25/2005 | ●113 | ORDER Vacating Status Conference set for October 31, 2 as to Thomas David Hagberg signed by Judge Robert E. C on 10/25/05. (Lucas, L) (Entered: 10/25/2005) |
| 10/21/2005 | ●112 | ORDER of USCA (certified copy) as to Thomas David Hagberg re [62] Notice of Appeal; The mandate issued on 09/01/5 was issued in error and is hereby RECALLED (Kusamura, W) (Entered: 10/24/2005) |
| 10/03/2005 | ●111 | REPLY to RESPONSE to MOTION by Thomas David Hagberg re 107 MOTION for NEW TRIAL. (Rooney, M) (Entered: 10/05/2005) |
| 09/16/2005 | ●110 | MEMORANDUM/RESPONSE in OPPOSITION by USA Thomas David Hagberg re 107 MOTION for NEW TRIAl (Conklin, Jonathan) (Entered: 09/16/2005) |
| 09/14/2005 | ●109 | NOTICE of ATTORNEY APPEARANCE: Ann Hardgrov Voris appearing for Thomas David Hagberg (Voris, Ann) (Entered: 09/14/2005) |
| 09/13/2005 | ●108 | ORDER DIRECTING the parties to appear for a status conference pursuant to remand by the Ninth Circuit as to Thomas David Hagberg; in-court hearing set for 10/31/20( 10:00 AM in Courtroom 1 (REC) before Senior Judge Rot E. Coyle; order signed by Judge Robert E. Coyle on 9/12/( (Rooney, M) (Entered: 09/13/2005) |
| 09/06/2005 | ●107 | MOTION for NEW TRIAL by Thomas David Hagberg. (Keeler, P) (Entered: 09/07/2005) |
| 09/06/2005 | ●106 | USCA JUDGMENT as to Thomas David Hagberg with decision of district court AFFIRMED IN PART, REMAN. IN PART (Keeler, P) (Entered: 09/07/2005) |
| 08/26/2005 | ●105 | ORDER of USCA as to Thomas David Hagberg re [62] N of Appeal. The petition for rehearing en banc filed on 7/28 is DENIED. (Hellings, J) (Entered: 08/29/2005) |
| | | |

| 07/26/2005 | 104 | APPEAL RECORD RETURNED as to Thomas David Hagberg: [62] Notice of Appeal (CR); (2 volumes). (Roon M) (Entered: 07/26/2005) |
| 07/21/2005 | 103 | ORDER of USCA (certified copy) as to Thomas David Hagberg ORDERING the request to be relieved as counse Thomas David Hagberg to be substituted in pro per filed b Ann H. Voris is GRANTED, re [62] Notice of Appeal (CF (Carter-Ford, R) (Entered: 07/21/2005) |
| 05/27/2005 | 102 | ORDER of USCA (certified copy) as to Thomas David Hagberg. Appellant's emergency motion pursuant to Rule DENIED (Keeler, P) (Entered: 05/31/2005) |
| 05/20/2005 | 101 | ORDER of USCA (certified copy) as to Thomas David Hagberg re [62] Notice of Appeal (CR) (Sanchez, C) (Ente 05/23/2005) |
| 05/09/2005 | 100 | ORDER denying 99 Motion for New Trial as to Thomas L Hagberg (1) signed by Judge Robert E. Coyle on 5/9/05. (Keeler, P) (Entered: 05/09/2005) |
| 05/06/2005 | 99 | MOTION for NEW TRIAL by Thomas David Hagberg. (Hellings, J) (Entered: 05/06/2005) |
| 04/25/2005 | 98 | ORDER of USCA (certified copy) as to Thomas David Hagberg re [62] Notice of Appeal (CR). (Carter-Ford, R) (Entered: 04/25/2005) |
| 04/11/2005 | 97 | ORDER of USCA as to Thomas David Hagberg re [62] N of Appeal (CR) (Carter-Ford, R) (Entered: 04/11/2005) |
| 01/28/2005 | 96 | ORDER of USCA denying motion for bail pending appeal Thomas David Hagberg re [62] Notice of Appeal and gran motion for extension of time to file answering brief. (Lundstrom, T) (Entered: 01/31/2005) |
| 10/13/2004 | 95 | Order from Circuit Court: The court has reviewed the resp of counsel A Voris to the 09/17/04 order; The response is satisfactory; The briefing schedule established previously remain in effect (wh) (Entered: 10/14/2004) |
| | | |

| 09/20/2004 | 94 | TRANSCRIPT of 3/17/03 hearing on Trial Confirmation a defendant Thomas David Hagberg by C/R Karen Lopez (to (Entered: 09/21/2004) |
| 09/20/2004 | 93 | JUDGMENT and Commitment returned executed on 8/5/( to Thomas David Hagberg (tel) (Entered: 09/21/2004) |
| 09/20/2004 | 92 | Order from Circuit Court DECLINING to entertain letter 9/1/04 from appellant (tel) (Entered: 09/21/2004) |
| 09/08/2004 | 91 | TRANSCRIPT DESIGNATION and Ordering Form for d 11/18/02,12/02/03,01/13/03,01/27/03,03/17/03,03/31/03,0 03,04/23/04,07/21/03 [91-1] (wh) (Entered: 09/09/2004) |
| 09/01/2004 | 90 | SEALED document ( Transcript ) (tel) (Entered: 09/01/20 |
| 09/01/2004 | 89 | TRANSCRIPT of 04/23/03 hearing on Jury Trial - Day 2 a defendant Thomas David Hagberg by C/R Karen Lopez (to (Entered: 09/01/2004) |
| 09/01/2004 | 88 | TRANSCRIPT of 04/22/03 hearing on Jury Trial - Day 1 Morning Session as to defendant Thomas David Hagberg I C/R Karen Lopez (tel) (Entered: 09/01/2004) |
| 09/01/2004 | 87 | TRANSCRIPT of 03/31/03 hearing on Status Conference defendant Thomas David Hagberg by C/R Karen Lopez (to (Entered: 09/01/2004) |
| 09/01/2004 | 86 | TRANSCRIPT of 3/24/03 hearing on Trial Confirmation a defendant Thomas David Hagberg by C/R Karen Lopez (to (Entered: 09/01/2004) |
| 09/01/2004 | 85 | TRANSCRIPT of 03/10/03 hearing on Motion to Dismiss Status Conference as to defendant Thomas David Hagberg C/R Karen Lopez (tel) (Entered: 09/01/2004) |
| 09/01/2004 | 84 | TRANSCRIPT of 01/27/03 hearing on Status Conference defendant Thomas David Hagberg by C/R Karen Lopez (to (Entered: 09/01/2004) |
| 09/01/2004 | 83 | TRANSCRIPT of 01/13/03 hearing on Status Conference defendant Thomas David Hagberg by C/R Karen Lopez (to (Entered: 09/01/2004) |

| 08/24/2004 | 82 | TRANSCRIPT of 11/15/02 hearing on arraignment and pl to defendant Thomas David Hagberg by C/R A Alvarez (j (Entered: 08/25/2004) |
| 08/23/2004 | 81 | TRANSCRIPT of 4/22/03 hearing on Jury Trial, Day 1 - Afternoon Session as to defendant Thomas David Hagberg C/R P Crawford (jv) (Entered: 08/24/2004) |
| 08/06/2004 | 80 | Order from Circuit Court ORDERING Appellant to desigr the reporter's transcript by 8/2/04; transcript due 9/1/04; appellant's opening brief and excerpts of record ddl 10/12 appellee's answering bried ddl 11/12/04 (rcf) (Entered: 08/09/2004) |
| 08/02/2004 | 79 | TRANSCRIPT DESIGNATION and Ordering Form for d 11/18/02, 12/2/02, 1/13/03, 1/27/03, 3/10/03, 3/17/03, 3/2 3/31/03, 4/22/03, 4/23/03, 7/21/03 [79-1] (sr) (Entered: 08/03/2004) |
| 06/14/2004 | <u>78</u> | ORDER by Judge Coyle ORDERING the extension of tin file the Notice of Appeal to 04/29/04 (cc: all counsel) (wh (Entered: 06/15/2004) |
| 06/09/2004 | 77 | NOTICE OF MOTION AND MOTION for extension of ti to file appeal by defendant Thomas David Hagberg (wh) (Entered: 06/14/2004) |
| 05/28/2004 | 76 | Order from Circuit Court ORDERIN appellant's request fc appointment of counsel GRANTED; case is REMANDED the district court, pursant to circuit policy, for the limited purpose of permitting the district court to provide appellan notice and an opportunity to request that the time for filing notice of appeal be extended for a period of 40 days from t entry of the appealable judgment or order based on a show of excusable neglect (sr) (Entered: 06/03/2004) |
| 05/28/2004 | <u>75</u> | ORDER by Senior Judge Robert E. Coyle ORDERING Di file brief pursuant to ninth circuit's limited remand case m; ddl set for 7/6/04 (cc: all counsel) (wh) (Entered: 06/01/20 |
| 05/27/2004 | 74 | ATTORNEY APPEARANCE for defendant Thomas Davi |

| | | Hagberg by attorney Ann H Voris (tel) (Entered: 05/28/20 |
|---|---|---|
| 05/24/2004 | 72 | ORDER by Senior Judge Robert E. Coyle DENYING requ for bail pending appeal of denial of 2255 motion [69-1], [7 (cc: all counsel) (tel) (Entered: 05/24/2004) |
| 05/21/2004 | 73 | Order from Circuit Court granting appellant's request for counsel (tel) (Entered: 05/24/2004) |
| 05/20/2004 | 71 | APPEAL number information from 9th Circuit Appeal Nu 04-10275 (rcf) (Entered: 05/21/2004) |
| 05/20/2004 | 70 | REQUEST by defendant Thomas David Hagberg for appe bail further clarification (rcf) (Entered: 05/21/2004) |
| 05/14/2004 | 69 | REQUEST by defendant Thomas David Hagberg for appe bail (rcf) (Entered: 05/17/2004) |
| 05/14/2004 | 68 | JUDGMENT ENTERED in favor of resp and against pet; order [67-2] (cc: all counsel) (rcf) (Entered: 05/14/2004) |
| 05/13/2004 | 67 | ORDER by Senior Judge Robert E. Coyle motion for relie based on Ground Judge Has Not Addressed and New Grou pursuant to 28:2255 by defendant Thomas David Hagberg 1] DENIED; Judgment for respondent to be entered termir defendant Thomas David Hagberg case (cc: all counsel) (r (Entered: 05/14/2004) |
| 05/10/2004 | 66 | NOTICE OF MOTION AND MOTION for relief based on grounds Judge has not addressed and new grounds 28 USC 2255 by defendant Thomas David Hagberg (rcf) (Entered: 05/11/2004) |
| 05/05/2004 | 65 | BRIEFING SCHEDULE [62-1] (cc: all counsel) (rcf) (Ent 05/05/2004) |
| 05/05/2004 | 64 | MAILED case information/docket fee payment notice, cop Notice of Appeal and appealed 4/5/04 judgment [52-1] to ' Circuit Court of Appeals, copy of appeal and docket sheet parties (rcf) (Entered: 05/05/2004) |
| 05/05/2004 | 63 | REQUEST by defendant Thomas David Hagberg for appe counsel (rcf) (Entered: 05/05/2004) |

Case 5:07-cr-00307-PJH   Document 7   Filed 09/12/2007   Page 42 of 49

| | | |
|---|---|---|
| 05/04/2004 | 61 | ORDER by Senior Judge Robert E. Coyle request for cour [59-1] DENIED (cc: all counsel) (rcf) (Entered: 05/04/200 |
| 05/03/2004 | 62 | NOTICE of Appeal to 9th Circuit by defendant Thomas D Hagberg regarding [52-1] ( fee status WAIVED ) (rcf) (Entered: 05/05/2004) |
| 04/30/2004 | 60 | ORDER by Senior Judge Robert E. Coyle ORDERING supplement to motion for relief under 28 USC 2255 is dee: to be a motion for relief from judgment pursuant to Rule 6 [58-1] DENIED; Judgment for Respondent to be entered; terminating defendant Thomas David Hagberg case termin (cc: all counsel) (rcf) (Entered: 05/03/2004) |
| 04/28/2004 | 59 | REQUEST for appointment of counsel in connection with supplementing 2255 motion by defendant Thomas David Hagberg (mm) (Entered: 04/29/2004) |
| 04/26/2004 | 58 | SUPPLEMENT by defendant Thomas David Hagberg to 2 motion [50-1] (mm) (Entered: 04/27/2004) |
| 04/22/2004 | | RESERVICE OF DOCUMENT(S) order [53-1], judgment 1] addressed to defendant Thomas David Hagberg at CA Medical Facility, PO Box 2000, Vacaville CA 95696 (cc: : counsel) (jv) (Entered: 04/22/2004) |
| 04/21/2004 | 57 | RETURNED MAIL order denying 2255 motion and judgr [53-1], [54-1] addressed to defendant Thomas David Hagb at Wasco State Prison, PO Box 5500, Wasco, CA 93280; "name and CDC # do not match" stamped on return envel( clerk to reserve to CA Medical Facility, PO Box 2000, Vacaville CA 95696 (jv) (Entered: 04/22/2004) |
| 04/21/2004 | | RESERVICE OF DOCUMENT(S) order [55-1] addressed defendant Thomas David Hagberg at PO Box 2000, Vacav CA 95696 (cc: all counsel) (jv) (Entered: 04/21/2004) |
| 04/20/2004 | 56 | RETURNED MAIL order directing clerk to issue amende( judgment in a criminal case [55-1] addressed to defendant Thomas David Hagberg at Wasco State Prison, PO Box 5! Wasco CA 93280; clerk to reserve to PO Box 2000, Vacav |

| | | |
|---|---|---|
| | | CA 95696 (jv) (Entered: 04/21/2004) |
| 04/06/2004 | 54 | JUDGMENT entered by clerk for respondent and against petitioner; petitioner's motion for relief is denied; re order 1] (cc: all counsel) (jv) (Entered: 04/06/2004) |
| 04/05/2004 | 55 | ORDER by Senior Judge Robert E. Coyle DIRECTING cl to issue amended judgment as to dft Hagberg pursuant to F 36 FRCP (cc: all counsel) (jv) (Entered: 04/06/2004) |
| 04/05/2004 | 53 | ORDER by Senior Judge Robert E. Coyle motion pursuan 28:2255 by defendant Thomas David Hagberg [50-1] DEN (cc: all counsel) (jv) (Entered: 04/06/2004) |
| 04/05/2004 | 52 | AMENDED JUDGMENT and Commitment issued as to Thomas David Hagberg by Senior Judge Robert E. Coyle Modified on 04/06/2004 (Entered: 04/06/2004) |
| 04/01/2004 | 51 | TRANSCRIPT of 7/21/03 hearing on probation report and judgment as to defendant Thomas David Hagberg by C/R Karen Lopez (jv) (Entered: 04/02/2004) |
| 03/29/2004 | 50 | NOTICE OF MOTION AND MOTION pursuant to 28:22 defendant Thomas David Hagberg (jv) (Entered: 03/30/20 |
| 11/03/2003 | 49 | ORDER by Senior Judge Robert E. Coyle motion for detai sentence as prescribed by U S Sentencing Guidelines by defendant Thomas David Hagberg [48-1] DENIED (cc: al counsel) (jv) (Entered: 11/04/2003) |
| 10/15/2003 | 48 | NOTICE OF MOTION AND MOTION for detailed senter as prescribed by U S Sentencing Guidelines by defendant Thomas David Hagberg (rcf) (Entered: 10/16/2003) |
| 07/22/2003 | 47 | JUDGMENT and Commitment issued as to Thomas Davic Hagberg by Senior Judge Robert E. Coyle (sr) (Entered: 07/23/2003) |
| 07/21/2003 | 46 | MINUTES before Senior Judge Robert E. Coyle sentencin Thomas David Hagberg (1) count(s) 1-4. 46 Months Custc 36 Months TSR, (Counts 1-4 Concurrently) $400 Penalty Assessment, Fine Waived, No Contact with Victims, CA |

| | | Institution Recommended, Appeal Rights Given, Dft to be examined at institution to determine if mental health treatr is needed while in custody , terminating defendant Thoma: David Hagberg case terminated C/R K Lopez (tel) Modifi( 07/22/2003 (Entered: 07/22/2003) |
|---|---|---|
| 04/23/2003 | 45 | VERDICT as to Thomas David Hagberg guilty on all 4 co (wh) (Entered: 04/24/2003) |
| 04/23/2003 | 44 | QUESTIONS FROM JURY (wh) (Entered: 04/24/2003) |
| 04/23/2003 | 43 | Jury Instructions (wh) (Entered: 04/24/2003) |
| 04/23/2003 | 42 | WITNESS & EXHIBIT list by plaintiff USA (wh) (Entere 04/24/2003) |
| 04/23/2003 | 41 | MINUTES before Judge Coyle jury trial ended on 4/23/03 Thomas David Hagberg ; verdict is guilty on all counts; D: Motioned for Judgment Acquittal DENIED case mgmt ddl for 9:00 7/21/03 before Judge Coyle for Probation report a Judgemnt C/R K Lopez (wh) (Entered: 04/24/2003) |
| 04/22/2003 | 40 | MINUTES before Senior Judge Robert E. Coyle First Day Jury Trial Preliminary proceedings outside presence of jur jury selection; opening statements; testimony begins; both rest; jury recessed until 4/23/03 9:00 C/R K Lopez (wh) (Entered: 04/23/2003) |
| 04/22/2003 | 39 | PROPOSED Voir Dire by defendant Thomas David Hagb( (wh) (Entered: 04/23/2003) |
| 03/31/2003 | 38 | MINUTES before Senior Judge Robert E. Coyle jury trial continued to 9:00 4/22/03 for Thomas David Hagberg; An Voris appointed as stand-by counsel (Marc Ament also pr( C/R K Lopez (cs) Modified on 04/02/2003 (Entered: 04/01/2003) |
| 03/27/2003 | 37 | LETTER from D Gibson status hearing set for 9:00 3/31/0 Thomas David Hagberg (cc: all counsel) (cs) Modified on 04/02/2003 (Entered: 04/02/2003) |
| 03/25/2003 | 36 | AMENDED PROOF OF SERVICE by plaintiff USA of [( |

| | | [35-1], [34-1], [33-1], [32-1] (wh) (Entered: 03/26/2003) |
|---|---|---|
| 03/25/2003 | | LODGED Jury Instructions by plaintiff USA (wh) (Entere 03/26/2003) |
| 03/25/2003 | 35 | PROPOSED Voir Dire questions by plaintiff USA (wh) (Entered: 03/26/2003) |
| 03/25/2003 | 34 | EXHIBIT list by plaintiff USA (wh) (Entered: 03/26/2003 |
| 03/25/2003 | 33 | TRIAL brief submitted by plaintiff USA (wh) (Entered: 03/26/2003) |
| 03/25/2003 | 32 | WITNESS list by plaintiff USA (wh) (Entered: 03/26/200: |
| 03/24/2003 | 31 | ORDER by Judge Coyle motion addressing Jury Instructic subpoena of witnesses and information by dft Thomas Dav Hagberg [30-1] DENIED (cc: all counsel) (wh) (Entered: 03/25/2003) |
| 03/24/2003 | 30 | MOTION addressing Jury Instructions subpoena of witnes and information by dft Thomas David Hagberg (wh) (Ente 03/25/2003) |
| 03/24/2003 | 29 | MINUTES before Judge Coyle trial conf held on 3/24/03 a defendant Thomas David Hagberg jury trial CONFIRMEI FOR 9:00 4/1/03 for Dft ; dft to respond to govnt's Notice Intent to Impeach with evidence of convition and use of pr act evidence by friday 3/28/03 if desired; Notify Marshals 10:00 if service is needed C/R K Lopez (wh) (Entered: 03/25/2003) |
| 03/19/2003 | 28 | ORDER by Senior Judge Coyle ORDERING dft's "Motior Addressing Trial And Indictment" Lodged With The Cour 3/17/03 [0-0] DENIED (cc: all counsel) (jh) (Entered: 03/19/2003) |
| 03/17/2003 | | LODGED Motion Addressing Trial & Indictment by defer Thomas David Hagberg {Per Chambers, this shall remain Court file as lodged} (jh) (Entered: 03/18/2003) |
| 03/17/2003 | 27 | MINUTES before Senior Judge Coyle RE: 3/17/03 Hrg tri conf HELD on 3/17/03; trial CONFIRMED for 9:00 4/1/0 |

| | | |
|---|---|---|
| | | before Judge Coyle; New Trial Confirmation Date: 9:00 3/24/03 before Judge Coyle for dft Thomas David Hagber; NO MORE MOTIONS WILL BE FILED ON THE SUBJI OF DISCOVERY UNLESS FIRST LODGED & JUDGE RULES IT WILL BE FILED C/R K Lopez; Interpreter N( (jh) (Entered: 03/18/2003) |
| 03/13/2003 | 26 | LETTER from D Gibson jury trial continued to 9:00 4/1/0 Thomas David Hagberg (cc: all counsel) (sr) (Entered: 03/14/2003) |
| 03/11/2003 | 25 | NOTICE by plaintiff USA of intent to impeach dft with evidence of conviction of crime and to utilize prior act evi (sr) (Entered: 03/12/2003) |
| 03/11/2003 | 24 | ORDER by Senior Judge Robert E. Coyle motion for item needed to prepare a legal defense by defendant Thomas D: Hagberg [22-1] DENIED without prejudice case mgmt ddl for 3/19/03 for dft to file the declarations required herein u seal (cc: all counsel) (sr) (Entered: 03/12/2003) |
| 03/10/2003 | 23 | MINUTES before Senior Judge Robert E. Coyle motion to dismiss indictment and information by defendant Thomas David Hagberg [17-1] DENIED; two informal motions we presented and the Govt orally responded C/R K Lopez (sr) (Entered: 03/11/2003) |
| 03/10/2003 | 22 | NOTICE OF MOTION AND MOTION for items needed prepare a legal defense by defendant Thomas David Hagb (sr) Modified on 03/12/2003 (Entered: 03/11/2003) |
| 03/10/2003 | 21 | REQUEST by defendant Thomas David Hagberg for disco (sr) (Entered: 03/11/2003) |
| 03/10/2003 | 20 | ORDER by Senior Judge Robert E. Coyle motion to dismi indictment and information by defendant Thomas David Hagberg [17-1] DENIED (cc: all counsel) (sr) (Entered: 03/11/2003) |
| 03/05/2003 | 19 | RESPONSE by plaintiff USA to motion to dismiss indictn and information by defendant Thomas David Hagberg [17 |

| | | |
|---|---|---|
| | | (jh) (Entered: 03/06/2003) |
| 03/03/2003 | 18 | COURT NOTICE by D Gibson, Courtroom Clerk to Judge Coyle regarding dft Hagberg's motion to dismiss indictmer and information [17-1] SET for 10:00 3/10/03 before Judg Coyle, Ctrm 1 (cc: all counsel) (jh) (Entered: 03/05/2003) |
| 02/27/2003 | 17 | NOTICE OF MOTION AND MOTION to dismiss indictn and information by defendant Thomas David Hagberg (jv) (Entered: 02/28/2003) |
| 01/27/2003 | 16 | MINUTES before Senior Judge Robert E. Coyle in-court hearing held on 1/27/03; trial confirmation hearing set for 3/17/03; jury trial set for 9:00 3/25/03 for Thomas David Hagberg before Judge Coyle C/R K Lopez (tel) (Entered: 01/28/2003) |
| 01/21/2003 | 15 | MINUTES before Senior Judge Robert E. Coyle dft's moti filing ddl set for 2/10/03; Govt's response by 2/24/03; statu conference/trial setting continued to 1:00 3/10/03 for dft Hagberg , excludable time started for dft start date: 1/21/0. date: 3/10/03 C/R K Lopez (sr) (Entered: 01/22/2003) |
| 01/17/2003 | 14 | TRANSCRIPT of 12/2/02 hearing on status conference as defendant Thomas David Hagberg by C/R K Lopez (sr) (Entered: 01/21/2003) |
| 01/14/2003 | 13 | ORDER by Senior Judge Robert E. Coyle motion for statu counsel by defendant Thomas David Hagberg [8-1] GRANTED; dft shall proceed in pro per in this action; all parties, including current counsel Ann Voris are ordered to appear the the status conference set for 1/21/03 at 10:00 (c counsel) (sr) (Entered: 01/15/2003) |
| 01/13/2003 | 12 | MINUTES before Senior Judge Robert E. Coyle status conference continued to 10:00 1/21/03 for Thomas David Hagberg motion for status of counsel by defendant Thoma David Hagberg [8-1] SUBMITTED C/R K Lopez (sr) (En 01/14/2003) |
| 12/23/2002 | 11 | RESPONSE by plaintiff USA to motion for status of coun |

| | | |
|---|---|---|
| | | by defendant Thomas David Hagberg [8-1] (sr) (Entered: 12/24/2002) |
| 12/19/2002 | 10 | DECLARATION of Ann Voris in support of motion for st of counsel [8-1] (rab) (Entered: 12/20/2002) |
| 12/19/2002 | 9 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant Thomas David Hagberg in support of motion fo status of counsel [8-1] (rab) (Entered: 12/20/2002) |
| 12/19/2002 | 8 | NOTICE OF MOTION AND MOTION for status of coun by defendant Thomas David Hagberg hearing set for 9:00 1/13/03 before Judge Coyle ctrm 1 (rab) (Entered: 12/20/2 |
| 12/02/2002 | 7 | MINUTES before Senior Judge Robert E. Coyle status hearing/trial setting continued to 10:00 1/27/03 for Thoma David Hagberg; pretrial motions filing ddl set for 12/23/02 Thomas David Hagberg; govt response ddl set for 01/13/0: motions hearing set for 10:00 1/27/03 for Thomas David Hagberg before Judge Coyle ctrm 1 , excludable time start for Thomas David Hagberg start date: 12/02/02 end date: 01/27/03 C/R K Lopez (rab) (Entered: 12/03/2002) |
| 11/27/2002 | 6 | ARREST Warrant returned executed as to defendant Thon David Hagberg defendant arrested on 11/13/02 (rab) (Ente 12/02/2002) |
| 11/15/2002 | 5 | ORDER of Detention of Thomas David Hagberg by Magi: Judge Dennis L. Beck (rcf) (Entered: 11/18/2002) |
| 11/15/2002 | 4 | MINUTES before Magistrate Judge Dennis L. Beck - RE: Arraignment and Plea dft Thomas David Hagberg arraigne NOT GUILTY plea entered; Attorney Eric Kersten presen status hearing set for 10:00 12/2/02 in ctrm 1 for Thomas I Hagberg C/R A Alvarez (rcf) (Entered: 11/18/2002) |
| 10/24/2002 | 3 | ORDER for Writ of Habeas Corpus prosequendum by Uni States for Thomas David Hagberg issued by Magistrate Ju Dennis L. Beck (cs) (Entered: 10/25/2002) |
| 08/16/2002 | 2 | LETTER from D Gibson addressed to dft Hagberg re dft's request to represent himself and for access to the law libra: |

| | | |
|---|---|---|
| | | (cc: all counsel) (sr) (Entered: 08/19/2002) |
| 10/20/2000 | | ARREST Warrant issued for Thomas David Hagberg by Magistrate Judge Dennis L. Beck bail set at NO BAIL (rak (Entered: 10/20/2000) |
| 10/19/2000 | 1 | INDICTMENT by US Attorney Richard J Cutler Counts f against Thomas David Hagberg (1) count(s) 1-4 (rab) (Ent 10/20/2000) |