UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

US et al,

          Plaintiff,

  v.

THOMAS DAVID HAGBERG et al,

          Defendant.
_____/

Case Number: CR07-00307 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon K. Alberts
U.S. Probation Office
Inter-office delivery


Daniel Paul Blank
Federal Public Defender's Office
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

Kyle F. Waldinger
Office of the United States Attorney
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

Dated: January 25, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk