# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

FILED
2008 JAN 25 PM 2:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

**Petition for Summons for Offender Under Supervision**

Name of Offender:   Thomas David Hagberg                    Docket No.:  CR 07-00307-01-PJH

Name of Sentencing Judge:   The Honorable Phyllis J. Hamilton
                            United States District Judge

Date of Original Sentence:   December 8, 2006

Original Offense:
Count One: Mailing Threatening Communications, 18 U.S.C. § 876, a Class C felony

Original Sentence: 29 months custody, 36 months supervised release
Special Conditions: Special assessment $100; drug treatment; mental health treatment which may include the taking of prescribed psychotropic medication; search; no contact with victims; DNA collection

Prior Form(s) 12: On April 27, 2007, a warrant for Mr. Hagberg's arrest was filed in the Eastern District of California. Mr. Hagberg was arrested on this warrant on April 27, 2007. He appeared before The Honorable United States Magistrate Judge La Porte on May 3, 2007. At that time, Mr. Hagberg was released with the additional condition that he participate in Electronic Monitoring with a Global Position Monitoring System.

On May 29, 2007, the outstanding Form 12 requesting a warrant was dismissed. Additionally, the court ordered Mr. Hagberg to participate in Electronic Monitoring with a Global Position Monitoring System for a period of up to six months.

Jurisdiction of this matter was transferred to the Northern District of California and assigned to The Honorable Phyllis J. Hamilton on May 17, 2007.

Type of Supervision: Supervised Release       Date Supervision Commenced: December 8, 2006
Assistant U.S. Attorney: Kyle Waldinger        Defense Counsel: Daniel Blank  (AFPD)

**Petitioning the Court**

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on January 28, 2007 at 9:30 AM.

NDC-SUPV-FORM 12C(1) 03/23/05

Thomas David Hagberg  Page 2
CR 07-00307-01-PJH

I, Sharon K. Alberts, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number four that he shall participate in a program of mental health treatment (inpatient or outpatient) which may include the taking of prescribed psychotropic medication. |
| | On August 1, 8 and 15, 2007; September 12 and 26, 2007; November 7, 2007; December 12, 2007 and January 16 and 23, 2008, Mr. Hagberg failed to participate in Mental Health Counseling. |
| | This is evidenced by monthly treatment reports from Drug Abuse Alternative Program and phone conversations I had with Mr. Hagbergs's therapist, Ken Kennemore, on January 22 and 23, 2008. |
| Two | There is probable cause to believe that the offender violated the standard condition that he not commit another federal, state or local crime. |
| | On January 6 and 7, 2008, Mr. Hagberg sent email communications that were threatening and obscene in violation of California PC § 646.9-stalking. |
| | This is evidenced by copies of the emails that Mr. Hagberg sent. Copies of these emails are attached. |
| Address of offender: | 9780 Occidental Road<br>Sebastopol, CA 95472 |

Based on the foregoing, there is probable cause to believe that Thomas David Hagberg violated the conditions of his supervision.

NDC-SUPV-FORM 12C(1) 03/23/05

Thomas David Hagberg                                                    Page 3
CR 07-00307-01-PJH


Respectfully submitted,


*Sharon K. Alberts*
Sharon K. Alberts
U.S. Probation Officer
Date Signed: January 24, 2008

                                      Approved as to form:


                                      *Robert E. Tenney /SKA/*
                                      Robert E. Tenney
                                      Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of revocation proceedings on January 28, 2008 at 9:30 AM

☐ Other:


1/25/08
Date

                                      The Honorable Phyllis J. Hamilton
                                      United States District Judge

| | |
|---|---|
| From: | TomHagberg@aol.com |
| Date: | 01/06/2008 3:38 PM |
| To: | <skelleher@hotmail.com> |
| Cc: | |
| Subject: | Hi |

Hi Susan,
Hope you are doing well and I hope that you can do me a favor. I have not been doing to well the last month since I Found out my dad was FAG--A homosexual. This is pretty upsetting news to me--I overheard him talking on the phone and he said every man in america is a FAG like him and they are proud of it--and he also said many ugly women were fags too. I talked to my sister and she said she was sorry that I finally found out--she liked me being innocent about that fact that all american men were FAGS. She told me not to worry though--because she said I was absolutely not a FAG. My sister said I will grow to hate my dad a lot more for what he did to me--how he hurt me his whole life by beating FAG-penises into my brains to control me. My sister said I am not very smart when it comes to dirty tricks by evil people. Anyway it is hard being around a FAG all the time but I guess you are in the exact same boat--with all the FAGS in Santa Rosa and on those hiking trips--I am sorry the FAGS are hurting you. Anyway My dad said something unusual this morning on the phone--I sneaked and heard him say he wanted to hug Ramona's tits and have Paul Grammens pump his cock into his asshole. Anyway I don't have Ramona's email but I think my dad is planning on going on one Paul's FAG-led hikes so that he can hug Ramona and have Paul pump him in the asshole. Anyway I hope you can do me a FAVOR and forward this email to RAMONA so she doesn't have to get hugged by a FAGGOT while watching them have gay anal sex. Yea I overheard my dad say he can't wait to have that big FAG Paul Grammens pump his cock up his asshole. So please please send this to Ramona--I don't want her to get hurt by my dad.

Start the year off right. Easy ways to stay in shape in the new year.

Close Window

From: TomHagberg@aol.com
Date: 01/06/2008 4:14 PM
To: &lt;skelleher@hotmail.com&gt;
Cc:
Subject: more bad news



I just listened in to another of my dads phone calls--he was talking to Paul Grammens and my dad said that you winked at him the last time you saw him on a hike and he told paul that that was absolute proof that you wanted my dad to pump his cock in your asshole for 2 hours straight--with no lube. When Paul heard him say that he said that was absolute proof that you wanted paul's BIG FAG DICK in your sweet pussy at the same time--a double penetration. Paul said you are going to love regular double penetrations from two mid-grade FAGS. Oh and paul said he is going to have his black labrador dog there and you are going to have to suck the labradors dick until the dog shoots his FAG sperm down your throat. Then Paul said You are going to love RIMMING (licking) paul's dogs asshole--cause paul knows you like eating dogshit cause you are a sissy FAG-girl. They then said they are going to do the same triple penetration to Ramona and that she is going to learn to love getting her pussy fucked by Paul and her ass fucked by DAVE and her mouth Fucked by Paul's FAG DOG. I just told my sister this in a 2 minute call and she said DOGS and FAGS are the same and that they beat fag Penises into cat's brains to make them sick and to control them. My sister says I am totally dumb and shouldn't tell you this as you are a sexy girl and already know this about DOG-Ugly people like my dad and Paul. I am sorry that I am so immature about all this--that is probably why you did not want to hike with a retard like me. My sister said that I should not tell you that I want to lick your sweet pussy for 6 hours straight--so I am not going to. Anyway I hope you can avoid a double or triple penetration.

Start the year off right. Easy ways to stay in shape in the new year.

Close Window

| | |
|---|---|
| From: | TomHagberg@aol.com |
| Date: | 01/06/2008 10:24 PM |
| To: | <skelleher@hotmail.com> |
| Cc: | |
| Subject: | (no subject) |

3

Susan, Hi, You know I have been pretty consistent with my hatred towards my dad for the last few weeks. Now there has only been a 2-3 minutes of time in the last 2-3 weeks where I thought I might make peace with him again or like him again--BUT I just don't want to like him anymore. But I don't think he has ever cared about me my whole life--not even one second--he has only hurt me--so I want absolute total complete revenge. He just treats my like I am loser piece of shit drain on him. And everytime he buys a new toy--I get the thought he is charging it to me and he is charging A LOT MORE to me. I have always had a hard time gettting stuff my whole life and my dad has never had a problem getting stuff--he hires all these FAGGOT gardeners to come over here and mess around in the yard and they don't really even work--they just get paid. Years ago I used to think my dad was the greatest--but now I am realizing that he is just a total loser by the actions he takes--he just doesn't care about his own son--isn't that sad. I know you can't really help me out in any way--but I am very lonely cause I think my dad plays tricks on me so I will be lonely but anyway I have no one to talk to and hope you don't mind me telling you what is going on. My dad has no mental torment or problems--but I have had to stop working the last 3 week cause I have so much mental torment that comes at me from my dad. My dad just causes me a lot of mental torment--think that is how he gets rid of his mental torment--he beats it into my brain. I would really like to put my dad in a rest home so that I can get revenge on him for making me pay the emotional and mental price for HIS possessions and much of his fun--I have to pay for his stuff--it's just not fair--he just bought a new 40' long motor home--his other one was like brand new. I know you would never set foot in a FAGGOT gas guzzling american RV. Did you see my tiny little old VW bus that time at pauls house--it is a nice little VW bus and it has a big bed in back and hopefully someday we will make love in the back of it.
Tom


Start the year off right. in the new year.

Close Window

| | |
|---|---|
| From: | TomHagberg@aol.com |
| Date: | 01/06/2008 10:45 PM |
| To: | <skelleher@hotmail.com> |
| Cc: | |
| Subject: | (no subject) |



You know Susan My sister told me not to tell you this stuff, So I promise I am not going to tell you how much I want to suck your tits and Lick your pussy. Maybe I should just come clean and tell how much I want to suck your tits and lick your pussy. I mean think I am really kind of a chicken for not telling you how much I want to suck your tits and lick your pussy. You do have a really sweet hot body that looks nice for licking and sucking on. I really hope some day you will let me suck your tits and lick your pussy. Boy I sure could lick your pussy for 5 hours straight--that would be the sweetest--your pussy is so hot--it is hard to imagine one hotter. Your tits are a real nice size too--perfect for sucking on. I would also like to slide my penis into your pussy and then thrust it back and forth. That would feel real good to me--I can't wait to have sex with you. I really hope you will call me today so I can come over to your house tonight and have sex with you. 823-8817

Start the year off right.     in the new year.

Close Window

From:   TomHagberg@aol.com
Date:   01/07/2008 5:46 PM
To:     <skelleher@hotmail.com>
Cc:
Subject: (no subject)



5

So I was thinking about you and it came clear to me what you are going to do. You are going to invite me over and you are going to have me sit down on the couch and then you are going to tell me you have had several boyfriends in your past that were absolute DOGS and FAGS. And then you are going to tell me that the sex was absolutely great with the DOG-boyfriends you had. You are going to tell me that when you saw these dog-boys you thought they were Sexy and how you got excited and fell in love and that while you were mainly into the boys for sex you were also in love with being with them. And then you are going to tell me—why don't you just get tough and beat the shit out of me and I will love you. Why don't you just become a dog like all the other boys—or why don't you just be a boy cause I am in love with sexy tight boys—I just want to have sexual intercourse with every tight skinny boy I see—cause I KNOW IT will feel great cause I have done it so much before. I am just a silly rabbit and I can have sex with 20 boys and love every second of their thrusting—it will NOT HARM ME. IF YOU WANT TO KNOW HOW MUCH sexual pleasure I got when all my ex-boyfriends thrusted their penises in and out of my vagina just watch a porn video and watch the girl moan with pleasure—sex is fun and pleasurable and it is like eating popcorn to me—what are you a fucking retard thinking sex is supposed to happen between two people who love each other. I love sex with boys I just met and don't care about—cause that is when it feels best. So why don't you fuck yourself if you are not going to use your fists to smash my head and beat the shit out of every square inch of my body and then rape me. You are a sissy chicken shit fag—tom—why don't you just rape me with your eyes. Tom is faggot tom you are a faggot! I am not going to show you my sweet naked body. Now go home and take your fist and smash your dick—cause you are just dumb—I am not having sex with a man that is in love with me—RETARD—FAG—LOSER. You better learn to hate me cause I enjoy hurting you—cause you are a sissy fag loser—oh I cant figure out you don't like being touched—even by me cause there is no love in it and It just results in more pain. So Fuck yourself—shove your dick up your asshole—Sissy FAG Sissy FAG Sissy FAG

Sissy FAGG
Sissy FAG
Sissy Faggot

Start the year off right.                    in the new year.

Close Window

| | |
|---|---|
| From: | TomHagberg@aol.com |
| Date: | 01/07/2008 7:05 PM |
| To: | <skelleher@hotmail.com> |
| Cc: | |
| Subject: | (no subject) |

I have been waiting to get an email from you saying, "Oh your so sexy your so sexy your so sexy and I will always say that forever cause you give me so much emotional support I don't care that you are ugly and all those tight skinny boys are sexy cause really all I care about is revenge and if you help me get the most revenge I dont care if your just sexy--much better than average sexy--that's good enough for me--I mean look at Brad Pitt--isn't he so sexy. Wake up tom you are sexy but big deal--so what there are lots of sexy guys--your just a guy like all the other FAG DOGS. you really are just a FAG DOG like all the other guys--you're not more special than superman. Oh yea I know smallville is your favorite TV show cause superman--beats all all the guys up who treat skinny girls like shit. Eat shit tom you are such a FAG loser. Hit your dick with your fist! Hit it now!"

Start the year off right. in the new year.

Close Window