IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07 307 PJH |
| Plaintiff, | [PROPOSED] ORDER RE: PSYCHOLOGICAL EVALUATION |
| vs. | |
| THOMAS DAVID HAGBERG, | |
| Defendant. | |

Upon the suggestion of the parties, and with the concurrence of the Probation Officer, this Court directs the defendant to submit to a psychological evaluation to determine the defendant's competence to understand the proceedings against him as well as his ability to assist counsel or represent himself, if the latter is his desire. The evaluating mental health expert should also discuss with the defendant his understanding and willingness to follow the condition of his supervised release that requires him take the psychotropic medication that has been prescribed for him. The Probation Office shall select the mental health expert who will conduct the evaluation and provide him or her with copies of the defendant's Pre-Sentence Report and prior mental health evaluations.

The expert's conclusions should be submitted in writing to this Court by the close of business on February 12, 2008, and the parties should appear for further proceedings in this matter at 9:30 a.m. on February 13, 2008.

It is so ORDERED.

Dated: February 5, 2008

_____
Maria Elena James
United States Magistrate Judge

1