Case 3:07-cr-00307-PJH    Document 10    Filed 02/05/2008    Page 1 of 1

**FILED**

1          IN THE UNITED STATES DISTRICT COURT          FEB 0 6 2008

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA RICHARD W. WIEKING
                                                      CLERK U.S. DISTRICT COURT,
3                                                     NORTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES OF AMERICA,          )    No. CR-07 307 PJH
                                        )
5                    Plaintiff,         )    [PROPOSED] ORDER RE:
                                        )    PSYCHOLOGICAL EVALUATION
6    vs.                                )
                                        )
7    THOMAS DAVID HAGBERG,              )
                                        )
8                    Defendant.         )
                                        )
9

10         Upon the suggestion of the parties, and with the concurrence of the Probation Officer, this

11   Court directs the defendant to submit to a psychological evaluation to determine the defendant's

12   competence to understand the proceedings against him as well as his ability to assist counsel or

13   represent himself, if the latter is his desire. The evaluating mental health expert should also

14   discuss with the defendant his understanding and willingness to follow the condition of his

15   supervised release that requires him take the psychotropic medication that has been prescribed for

16   him. The Probation Office shall select the mental health expert who will conduct the evaluation

17   and provide him or her with copies of the defendant's Pre-Sentence Report and prior mental

18   health evaluations.

19         The expert's conclusions should be submitted in writing to this Court by the close of

20   business on February 12, 2008, and the parties should appear for further proceedings in this matter

21   at 9:30 a.m. on February 13, 2008.

22   It is so ORDERED.

23

24   Dated: February 6, 2008

25                                      Maria Elena James
                                        United States Magistrate Judge
26

1