**FILED**

FEB 1 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>THOMAS DAVID HAGBERG,<br><br>   Defendant. | No. CR-07 307 PJH<br><br>ORDER RELEASING DEFENDANT FROM CUSTODY |

The defendant in the above entitled case is released on his own recognizance with directions to appear before the Honorable Phyllis J. Hamilton on February 27, 2008 at 2:30 p.m. The United States Marshal and the Sheriff of Alameda County are directed to release the defendant forthwith in accordance with this order.

It is so ORDERED.

Maria Elena James
United States Magistrate Judge

Dated: 2-14-08

1