**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date:** February 27, 2008                                          **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0307 PJH

**Case Name:**   UNITED STATES   v.   THOMAS HAGBERG (Present)

**Attorney for Plaintiff:**   Kyle Waldinger
**Attorney for Defendant:**   Barry Portman

**Deputy Clerk:**  Nichole Heuerman                  **Court Reporter**: Belle Ball

**Probation Officer**: Sharon Alberts


**PROCEEDINGS**

     Supervised Release Violation Hearing-Held.  Defense counsel's request for a six week continuance to give the defendant a chance to consistently take medication and comply with his terms of supervised release is granted by the court.


**CASE CONTINUED TO:**
**April 16, 2008 at 2:30 p.m. for Status Re: Supervised Release Violation**.

**cc:** chambers