```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0307 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | UNITED STATES' UNOPPOSED |
| v. | ) | REQUEST TO CONTINUE |
| | ) | SUPERVISED RELEASE HEARING |
| THOMAS DAVID HAGBERG, | ) | AND [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States hereby submits this request to continue the supervised release hearing currently sent for April 16, 2008, at 2:30 p.m. Neither the defense counsel nor the Probation Officer have an objection to this request. In support of this request, the United States states as follows:

1.  The parties last appeared on February 27, 2008. At that time, the parties jointly requested that the matter be put over to April 16, 2008 for status, in part to determine whether the defendant would continue to take prescribed medications and otherwise remain in compliance with the conditions of supervised release.

2.  The United States recently inquired of defense counsel, Federal Public Defender Barry Portman, and the assigned Probation Officer, Sharon Alberts, whether they would object to continuing the April 16 hearing for approximately one month, based

on government counsel's need to prepare for a trial scheduled to commence in San Jose on April 21, 2008 before The Honorable Ronald M. Whyte. Both Mr. Portman and Ms. Alberts indicated that they had no objection to a continuance to May 21, 2008, at 2:30 p.m.; Mr. Portman advised that he would be out of the office when this request was submitted and that government counsel was authorized to represent his position to the Court.

3. Although the April 21 trial may be continued to April 29, the Probation Officer has already advised the defendant that he would likely need <u>not</u> travel to San Francisco on April 16.

4. For all of these reasons, the United States respectfully requests that the Court continue the hearing currently set for April 16, 2008, at 2:30 p.m., to May 21, 2008, at 2:30 p.m.

DATED:    4/14/2008            JOSEPH P. RUSSONIELLO
                               United States Attorney


                               _____/s/_____
                               KYLE F. WALDINGER
                               Assistant United States Attorney


## ORDER

For the reasons state above, the supervised release hearing currently set for April 16, 2008, at 2:30 p.m., is continued to May 21, 2008, at 2:30 p.m.

SO ORDERED.


DATED:_____        _____
                               PHYLLIS J. HAMILTON
                               United States District Judge