JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0307 PJH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' UNOPPOSED REQUEST TO CONTINUE SUPERVISED RELEASE HEARING AND [~~PROPOSED~~] ORDER |
| THOMAS DAVID HAGBERG, | ) | |
| Defendant. | ) | |

     The United States hereby submits this request to continue the supervised release hearing currently sent for April 16, 2008, at 2:30 p.m.  Neither the defense counsel nor the Probation Officer have an objection to this request.  In support of this request, the United States states as follows:

     1.     The parties last appeared on February 27, 2008.  At that time, the parties jointly requested that the matter be put over to April 16, 2008 for status, in part to determine whether the defendant would continue to take prescribed medications and otherwise remain in compliance with the conditions of supervised release.

     2.     The United States recently inquired of defense counsel, Federal Public Defender Barry Portman, and the assigned Probation Officer, Sharon Alberts, whether they would object to continuing the April 16 hearing for approximately one month, based

USA'S UNOPPOSED REQUEST TO CONTINUE & [PROPOSED] ORDER
CR 07-0307 PJH

1  on government counsel's need to prepare for a trial scheduled to commence in San Jose
2  on April 21, 2008 before The Honorable Ronald M. Whyte.  Both Mr. Portman and Ms.
3  Alberts indicated that they had no objection to a continuance to May 21, 2008, at 2:30
4  p.m.; Mr. Portman advised that he would be out of the office when this request was
5  submitted and that government counsel was authorized to represent his position to the
6  Court.

7        3.    Although the April 21 trial may be continued to April 29, the Probation
8  Officer has already advised the defendant that he would likely need <u>not</u> travel to San
9  Francisco on April 16.

10       4.    For all of these reasons, the United States respectfully requests that the
11 Court continue the hearing currently set for April 16, 2008, at 2:30 p.m., to May 21, 2008,
12 at 2:30 p.m.

14 DATED:    4/14/2008              JOSEPH P. RUSSONIELLO
                                    United States Attorney

17                                  _____/s/_____
                                    KYLE F. WALDINGER
                                    Assistant United States Attorney

20                                  **ORDER**

21    For the reasons state above, the supervised release hearing currently set for April
22 16, 2008, at 2:30 p.m., is continued to May 21, 2008, at 2:30 p.m.
23 SO ORDERED.

25 DATED: 4/15/08
                                    _____
                                    PHYLLIS J. HAMILTON
                                    United States District Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

USA'S UNOPPOSED REQUEST TO CONTINUE & [PROPOSED] ORDER
CR 07-0307 PJH                       -2-