UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 21, 2008                                        **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0307 PJH

**Case Name:**  UNITED STATES   v.   THOMAS HAGBERG (Present)

**Attorney for Plaintiff:**    Kyle Waldinger
**Attorney for Defendant:**  Barry Portman

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter:** Catherine Edwards

**Probation Officer:** Sharon Alberts

**PROCEEDINGS**

     Status Re: Supervised Release Violation-Held.  The probation officer informs the court that the defendant has been taking his medication.  Defense counsel's request to continue the matter for status is granted by the court.  The parties shall appear for quarterly status conferences.  The probation officer to prepare a report before the status conference if there are any issues that come up, otherwise the parties shall just appear in court.

**CASE CONTINUED TO:** September 3, 2008 at 2:30 p.m. for 1st Quarterly Status .

**cc:** chambers