UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 3, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0307 PJH

**Case Name:**   UNITED STATES   v.   THOMAS HAGBERG (Present)

**Attorney for Plaintiff:**     Kyle Waldinger
**Attorney for Defendant:**   Barry Portman

**Deputy Clerk:**  Nichole Heuerman     **Court Reporter:** Belle Ball

**Probation Officer:** Sharon Alberts

**PROCEEDINGS**

1st Quarterly Status Conference-Held.  The court informs counsel that the defendant has submitted a letter to the court.  The letter is read in open court.  The defendant's request to remove the condition of mental health counseling as a condition of supervised release is denied as stated on the record.  The court requests that a report from the mental health provider outlining the defendant's mental health status be submitted to the court before the next hearing.  Probation's request that the defendant's conditions be modified to include monitoring of emails is denied as stated on the record.  The matter is continued for 6 months.

**CASE CONTINUED TO: March 18, 2009 at 2:30 p.m. for 2nd Status Conference** .

**cc:** chambers